# MEMORANDA

OF

DECISIONS RENDERED WITHOUT WRITTEN OPIN-
IONS DURING THE PERIOD EMBRACED
IN THIS VOLUME.

---

No. 1,851.—THE MONTANA JOCKEY CLUB, RESPOND-
ENT, *v.* THE CITY OF BUTTE ET AL., APPELLANTS.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided March 26, 1904.

PER CURIAM.—Upon motion of appellants this appeal is by the court dismissed at the cost of appellants.

*Mr. E. M. Lamb,* and *Mr. J. L. Templeman,* for Appellants.